# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

| | |
|---|---|
| ARTHUR BASALDUA | CIVIL ACTION NO. 26-1126 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| MICHELE DAUZAT, ET AL. | MAGISTRATE JUDGE McCLUSKY |

## JUDGMENT

The Court having reviewed the Report and Recommendation of the Magistrate Judge previously filed herein, Record Document 4, the plaintiff's Complaint, Record Document 1, and with no written objections having been filed, and after a *de novo* review of the record, and concurring with the findings of the Magistrate Judge under the applicable law, the Court **ADOPTS** the Report and Recommendation and the reasons articulated therein. Accordingly,

**IT IS ORDERED** that the claims of plaintiff Arthur Basaldua are **DISMISSED WITH PREJUDICE** as legally frivolous and for failing to state claims on which relief may be granted.

**DONE AND SIGNED** at Shreveport, Louisiana, this 22nd day of June, 2026.

_____
ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE